CLOSED,EFILE

# U.S. District Court
## United States District Court for the District of Connecticut (New Haven)
## CIVIL DOCKET FOR CASE #: 3:15–cv–01347–AVC

O'Donnell v. AXA Equitable Life Insurance Co.
Assigned to: Judge Alfred V. Covello
Cause: 15:78m(a) Securities Exchange Act

Date Filed: 09/10/2015
Date Terminated: 11/18/2015
Jury Demand: None
Nature of Suit: 850 Securities/Commodities
Jurisdiction: Federal Question

**Plaintiff**

**Richard O'Donnell**
*on behalf of himself and all others similarly situated*

represented by **David A. Slossberg**
Hurwitz Sagarin Slossberg & Knuff LLC
147 North Broad St., PO Box 112
Milford, CT 06460–0112
203–877–8000
Fax: 203–878–9800
Email: dslossberg@hssklaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David L. Belt**
Hurwitz Sagarin Slossberg & Knuff LLC
147 North Broad St., PO Box 112
Milford, CT 06460–0112
203–877–8000
Fax: 203–878–9800
Email: DBelt@hssklaw.com
*ATTORNEY TO BE NOTICED*

**David C. Shufrin**
Hurwitz Sagarin Slossberg & Knuff LLC
147 North Broad St., PO Box 112
Milford, CT 06460–0112
203–877–8000
Fax: 203–878–9800
Email: dshufrin@hssklaw.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**AXA Equitable Life Insurance Co.**

represented by **David R. Schaefer**
Brenner, Saltzman & Wallman
271 Whitney Ave.
New Haven, CT 06511–1746
203–772–2600
Fax: 203–562–2098
Email: dschaefer@bswlaw.com
*TERMINATED: 09/15/2015*
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Maura Barry Grinalds**
Skadden, Arps, Slate, Meagher & Flom LLP–NY
Four Times Square.
New York, NY 10036–6522
212–735–7808
Fax: 917–777–7808
Email: mgrinald@skadden.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 09/10/2015 | Ï 1 | NOTICE OF REMOVAL by AXA EQUITABLE LIFE INSURANCE COMPANY from Connecticut Superior Court, case number NNH–CV15–6056844–S. Filing fee $ 400 receipt number 0205–3728341, filed by AXA EQUITABLE LIFE INSURANCE COMPANY. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8)(Schaefer, David) (Entered: 09/10/2015) |
| 09/10/2015 | Ï 2 | NOTICE by AXA EQUITABLE LIFE INSURANCE COMPANY re 1 Notice of Removal, *of No Pending Motions* (Schaefer, David) (Entered: 09/10/2015) |
| 09/10/2015 | Ï 3 | NOTICE by AXA EQUITABLE LIFE INSURANCE COMPANY re 1 Notice of Removal, *Statement of Compliance with Standing Order on Removed Cases* (Schaefer, David) (Entered: 09/10/2015) |
| 09/10/2015 | Ï 4 | Corporate Disclosure Statement by AXA EQUITABLE LIFE INSURANCE COMPANY. (Schaefer, David) (Entered: 09/10/2015) |
| 09/10/2015 | Ï 5 | MOTION to Transfer to Another District *Pursuant to 28 U.S.C. 1404(a) to the Southern District of New York where Related Litigation is Pending* by AXA EQUITABLE LIFE INSURANCE COMPANY. (Schaefer, David) (Entered: 09/10/2015) |
| 09/10/2015 | Ï 6 | AFFIDAVIT re 5 MOTION to Transfer to Another District *Pursuant to 28 U.S.C. 1404(a) to the Southern District of New York where Related Litigation is Pending* Signed By David R. Schaefer filed by AXA EQUITABLE LIFE INSURANCE COMPANY. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5)(Schaefer, David) (Entered: 09/10/2015) |
| 09/10/2015 | Ï 7 | Memorandum in Support re 5 MOTION to Transfer to Another District *Pursuant to 28 U.S.C. 1404(a) to the Southern District of New York where Related Litigation is Pending* filed by AXA EQUITABLE LIFE INSURANCE COMPANY. (Schaefer, David) (Entered: 09/10/2015) |
| 09/10/2015 | Ï | Judge Alfred V. Covello added. (Oliver, T.) (Entered: 09/10/2015) |
| 09/10/2015 | Ï 8 | Order on Pretrial Deadlines: Motions to Dismiss due on 12/10/2015. Amended Pleadings due by 11/9/2015 Discovery due by 3/11/2016<br>Signed by Clerk on 9/10/2015.(Anastasio, F.) (Entered: 09/10/2015) |
| 09/10/2015 | Ï 9 | ELECTRONIC FILING ORDER – PLEASE ENSURE COMPLIANCE WITH COURTESY COPY REQUIREMENTS IN THIS ORDER<br>Signed by Judge Alfred V. Covello on 9/10/2015.(Anastasio, F.) (Entered: 09/10/2015) |
| 09/10/2015 | Ï 10 | NOTICE TO COUNSEL: Counsel initiating or removing this action is responsible for serving all parties with attached documents and copies of 2 Notice (Other) filed by AXA Equitable Life Insurance Co., 3 Notice (Other) filed by AXA Equitable Life Insurance Co., 6 Affidavit, filed by |

| | | |
|---|---|---|
| | | AXA Equitable Life Insurance Co., 1 Notice of Removal, filed by AXA Equitable Life Insurance Co., 7 Memorandum in Support of Motion, filed by AXA Equitable Life Insurance Co., 9 Electronic Filing Order, 4 Corporate Disclosure Statement filed by AXA Equitable Life Insurance Co., 8 Order on Pretrial Deadlines, 5 MOTION to Transfer to Another District *Pursuant to 28 U.S.C. 1404(a) to the Southern District of New York where Related Litigation is Pending* filed by AXA Equitable Life Insurance Co.<br>Signed by Clerk on 9/10/2015. (Attachments: # 1 Removal Standing Order)(Anastasio, F.) (Entered: 09/10/2015) |
| 09/11/2015 | 11 | NOTICE of Appearance by Maura Barry Grinalds on behalf of AXA Equitable Life Insurance Co. (Grinalds, Maura) (Entered: 09/11/2015) |
| 09/11/2015 | 12 | MOTION for David R. Schaefer to Withdraw as Attorney by AXA Equitable Life Insurance Co.. (Schaefer, David) (Entered: 09/11/2015) |
| 09/15/2015 | 13 | ORDER granting 12 motion to withdraw as attorney. Attorney David R. Schaefer terminated. Signed by Judge Alfred V. Covello on September 15, 2015. (Ricciardi, S.) (Entered: 09/15/2015) |
| 09/15/2015 | 14 | MOTION for Extension of Time until October 19, 2015 to Answer, Move, or Otherwise Respond to Plaintiff's Complaint by AXA Equitable Life Insurance Co.. (Grinalds, Maura) (Entered: 09/15/2015) |
| 09/16/2015 | 15 | ORDER granting 14 Motion for Extension of Time until October 19, 2015 to Answer, Move, Or Otherwise Respond to Plaintiff's Complaint. Signed by Clerk on 9/16/2015. (Anastasio, F.) (Entered: 09/16/2015) |
| 09/23/2015 | 16 | MOTION to Stay *Pending Resolution Of AXA Equitable Life Insurance Company's Motion To Transfer* by AXA Equitable Life Insurance Co..Responses due by 10/14/2015 (Grinalds, Maura) (Entered: 09/23/2015) |
| 09/23/2015 | 17 | Memorandum in Support re 16 MOTION to Stay *Pending Resolution Of AXA Equitable Life Insurance Company's Motion To Transfer* filed by AXA Equitable Life Insurance Co.. (Grinalds, Maura) (Entered: 09/23/2015) |
| 09/24/2015 | 18 | NOTICE of Appearance by David L. Belt on behalf of Richard O'Donnell (Belt, David) (Entered: 09/24/2015) |
| 09/24/2015 | 19 | NOTICE of Appearance by David C. Shufrin on behalf of Richard O'Donnell (Shufrin, David) (Entered: 09/24/2015) |
| 09/24/2015 | 20 | ORDER denying 16 motion to stay, but ordering an extension of time. The time for the defendant to respond to the plaintiffs' complaint is extended to and including December 3, 2015. Signed by Judge Alfred V. Covello on September 24, 2015. (Ricciardi, S.) (Entered: 09/24/2015) |
| 10/01/2015 | 21 | Memorandum in Opposition re 5 MOTION to Transfer to Another District *Pursuant to 28 U.S.C. 1404(a) to the Southern District of New York where Related Litigation is Pending* filed by Richard O'Donnell. (Slossberg, David) (Entered: 10/01/2015) |
| 10/09/2015 | 22 | MOTION to Remand to State Court by Richard O'Donnell.Responses due by 10/30/2015 (Slossberg, David) (Entered: 10/09/2015) |
| 10/09/2015 | 23 | Memorandum in Support re 22 MOTION to Remand to State Court filed by Richard O'Donnell. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Slossberg, David) (Entered: 10/09/2015) |
| 10/15/2015 | 24 | REPLY to Response to 5 MOTION to Transfer to Another District *Pursuant to 28 U.S.C. 1404(a) to the Southern District of New York where Related Litigation is Pending* filed by AXA Equitable Life Insurance Co.. (Grinalds, Maura) (Entered: 10/15/2015) |

| | | |
|---|---|---|
| 10/15/2015 | 25 | AFFIDAVIT re 24 Reply to Response to Motion Signed By Maura Barry Grinalds, Esq. filed by AXA Equitable Life Insurance Co.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4)(Grinalds, Maura) (Entered: 10/15/2015) |
| 10/15/2015 | 26 | MOTION for Extension of Time to File Response/Reply as to 22 MOTION to Remand to State Court until December 3, 2015 by AXA Equitable Life Insurance Co.. (Grinalds, Maura) (Entered: 10/15/2015) |
| 10/15/2015 | 27 | Memorandum in Support re 26 MOTION for Extension of Time to File Response/Reply as to 22 MOTION to Remand to State Court until December 3, 2015 filed by AXA Equitable Life Insurance Co.. (Grinalds, Maura) (Entered: 10/15/2015) |
| 10/16/2015 | 28 | Memorandum in Opposition re 26 MOTION for Extension of Time to File Response/Reply as to 22 MOTION to Remand to State Court until December 3, 2015 filed by Richard O'Donnell. (Slossberg, David) (Entered: 10/16/2015) |
| 10/19/2015 | 29 | REPLY to Response to 26 MOTION for Extension of Time to File Response/Reply as to 22 MOTION to Remand to State Court until December 3, 2015 filed by AXA Equitable Life Insurance Co.. (Grinalds, Maura) (Entered: 10/19/2015) |
| 10/20/2015 | 30 | ORDER granting 26 motion for extension of time to file response/reply. The time for the defendant to respond to the plaintiffs' motion to remand is extended to and including December 3, 2015. Signed by Judge Alfred V. Covello on October 20, 2015. (Ricciardi, S.) (Entered: 10/20/2015) |
| 10/20/2015 |  | Set Deadlines as to 22 MOTION to Remand to State Court . Responses due by 12/3/2015 (Hushin, Z.) (Entered: 10/21/2015) |
| 10/23/2015 | 31 | Joint REPORT of Rule 26(f) Planning Meeting. (Slossberg, David) (Entered: 10/23/2015) |
| 10/29/2015 | 32 | NOTICE by AXA Equitable Life Insurance Co. re 5 MOTION to Transfer to Another District *Pursuant to 28 U.S.C. 1404(a) to the Southern District of New York where Related Litigation is Pending* (Attachments: # 1 Exhibit 1)(Grinalds, Maura) (Entered: 10/29/2015) |
| 11/16/2015 | 33 | NOTICE by AXA Equitable Life Insurance Co. re 5 MOTION to Transfer to Another District *Pursuant to 28 U.S.C. 1404(a) to the Southern District of New York where Related Litigation is Pending* (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(Grinalds, Maura) (Entered: 11/16/2015) |
| 11/18/2015 | 34 | RULING granting 5 Motion to Transfer to Another District. Signed by Judge Alfred V. Covello on 11/16/2015. (Hushin, Z.) (Entered: 11/20/2015) |
| 11/18/2015 |  | JUDICIAL PROCEEDINGS SURVEY: The following link to the confidential survey requires you to log into CM/ECF for SECURITY purposes. Once in CM/ECF you will be prompted for the case number. Although you are receiving this survey through CM/ECF, it is hosted on an independent website called SurveyMonkey. Once in SurveyMonkey, the survey is located in a secure account. The survey is not docketed and it is not sent directly to the judge. To ensure anonymity, completed surveys are held up to 90 days before they are sent to the judge for review. We hope you will take this opportunity to participate, please click on this link:<br><br>https://ecf.ctd.uscourts.gov/cgi−bin/Dispatch.pl?survey<br>(Hushin, Z.) (Entered: 11/20/2015) |